.CAPEHART & SCATCHARD, P.A.
A Professional Corporation
Laurel Corporate Center, Suite 300
8000 Midlantic Drive - C.S. 5016
Mount Laurel, N.J. 08054
(856) 234-6800
Attorneys for Plaintiff
By: Armando V. Riccio, Esq.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CANADIAN NATIONAL RAILWAY COMPANY, a Canadian Corporation | : : : | 07 CIV. 8226 |
| Plaintiff, | : : | CASE NO.   JUDGE KARAS |
| vs. | : : | CIVIL ACTION |
| VANTIX LOGISTICS, a subsidiary of McLANE COMPANY, INC. and PEPSI COLA CANADA BEVERAGES, | : : : : | COMPLAINT |
| Defendants. | : : | |

   Plaintiff, Canadian National Railway Company, (hereinafter CN) by way of Complaint against defendants, VANTIX LOGISTICS, a subsidiary of McLANE COMPANY, INC., and PEPSI COLA CANADA BEVERAGES, says:

   1.   The Court obtains jurisdiction in this matter pursuant to 28 USCA 1337 (a) and 49 USCA 10743(a) being a suit for interstate freight and transportation charges.

840636
0489.06866

1

2.  Plaintiff CN is a Canadian Corporation with its principal place of business at 935 de La Gauchetiere St. West, Montreal, Quebec, Canada. CN does business throughout Canada and in several states in the United States.

3.  Plaintiff and its connecting carriers at all times mentioned were common carriers by railroad engaged in interstate commerce and doing business in the United States and Canada.

4.  Defendant, VANTIX LOGISTICS, a subsidiary of McLANE COMPANY, INC., is a corporation (hereinafter "VANTIX") involved in freight transportation with a corporate headquarters at 2085 Midway Road, Carrollton, Texas 75006.

5.  Defendant, PEPSI COLA CANADA BEVERAGES, is a corporation involved in the production of beverages which they ship in international commerce, with an address at 100 Stevens Avenue, Valhalla, New York 10595.

6.  The subject matter of this action stems from charges assessed under circulars and tariffs published by the plaintiff for freight transportation services performed by CN for defendants in the United States and Canada.

7.  At times between November 30, 2004, and May 31, 2006, CN performed the services noted in paragraph 5 above on behalf of VANTIX and PEPSI COLA CANADA BEVERAGES, as noted in Exhibit "A" annexed to this Complaint.

8.  Pursuant to the applicable tariffs, circulars and contracts there accrued to CN charges for these services the sum of $56,590.59 CA Dollars. A listing of the charges and the amount due for each for each is attached hereto as Exhibit "A."

9.  These charges were billed and payment demanded for the services rendered by CN to VANTIX at VANTIX's headquarters, from where the bills have always been disputed and/or paid, and demand for payment was made to PEPSI COLA CANADA BEVERAGES, c/o

.Al Gordon, Logistics Manager, 100 Stevens Avenue, Valhalla, NY 10595; however, the defendants have failed and refused to pay or the bills noted in this Complaint.

**WHEREFORE**, plaintiff CN demands that judgment against the defendants, VANTIX LOGISTICS, a subsidiary of McLANE COMPANY, INC.and PEPSI COLA CANADA BEVERAGES be entered on this Complaint in the amount of $56,590.59 in Canadian dollars (or its US Dollar equivalent), **plus any additional charges that may be due at the time of hearing,** together with prejudgment interest from the date of service, and for costs and disbursements of the Complaint.

                                CAPEHART & SCATCHARD, P.A.
                                A Professional Corporation
                                Attorneys for Canadian National Railway Company

                                By: _____
                                     Armando V. Riccio

DATED:  September 10, 2007.

4/07 statement

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 013582ZY | 5/31/2006 | 751060104 | CAD | $ | 48.15 | $ 48.15 | 7/14/2006 | TM |
| 013582Y | 12/31/2005 | 750959265 | CAD | $ | 200.00 | $ 200.00 | 2/9/2006 | TM |
| 013582Y | 12/31/2005 | 750959740 | CAD | $ | 300.00 | $ 300.00 | 2/9/2006 | TM |
| 013582A | 12/6/2005 | 27340458 | CAD | $ | 4,156.95 | $ 4,156.95 | 4/13/2006 | UL |
| 013582A | 11/22/2005 | 27347739 | CAD | $ | 3,966.49 | $ 3,966.49 | 4/13/2006 | UL |
| 013582A | 11/17/2005 | 27349315 | CAD | $ | 4,165.51 | $ 4,165.51 | 4/13/2006 | UL |
| 013582A | 11/8/2005 | 25919912 | CAD | $ | 3,947.23 | $ 3,947.23 | 2/22/2006 | UL |
| 013582A | 10/29/2005 | 26174737 | CAD | $ | 3,081.60 | $ 3,081.60 | 2/22/2006 | UL |
| 013582B | 10/28/2005 | 27348745 | CAD | $ | 2,009.46 | $ 2,009.46 | 4/13/2006 | UL |
| 013582B | 10/20/2005 | 27339322 | CAD | $ | 3,796.36 | $ 3,796.36 | 4/13/2006 | UL |
| 013582A | 10/11/2005 | 25736265 | CAD | $ | 3,252.80 | $ 3,252.80 | 10/24/2005 | FB |
| 013582Y | 9/30/2005 | 750915039 | CAD | $ | 48.15 | $ 48.15 | 11/24/2005 | TM |
| 013582B | 9/29/2005 | 27339158 | CAD | $ | 3,831.67 | $ 3,831.67 | 4/13/2006 | UL |
| 013582A | 9/28/2005 | 27343441 | CAD | $ | 3,831.67 | $ 3,831.67 | 4/13/2006 | UL |
| 013582A | 9/23/2005 | 25460184 | CAD | $ | 3,142.59 | $ 3,142.59 | 9/26/2005 | FB |
| 013582A | 9/17/2005 | 25478658 | CAD | $ | 3,142.59 | $ 3,142.59 | 9/27/2005 | FB |
| 013582B | 9/12/2005 | 25328205 | CAD | $ | 1,940.98 | $ 1,940.98 | 10/13/2005 | TR |
| 013582Y | 9/12/2005 | 750885252 | CAD | $ | 225.00 | $ 225.00 | 9/30/2005 | UN |
| 013582A | 9/9/2005 | 25458916 | CAD | $ | 3,142.59 | $ 3,142.59 | 9/26/2005 | FB |
| 013582A | 9/8/2005 | 25466046 | CAD | $ | 3,142.59 | $ 3,142.59 | 9/26/2005 | FB |
| 013582Y | 8/31/2005 | 750887597 | CAD | $ | 64.20 | $ 64.20 | 9/30/2005 | UN |
| 013582B | 8/10/2005 | 25073118 | CAD | $ | 1,940.98 | $ 1,940.98 | 9/15/2005 | TR |
| 013582B | 8/9/2005 | 25072373 | CAD | $ | 1,940.98 | $ 1,940.98 | 9/15/2005 | TR |
| 013582Y | 6/30/2005 | 750847725 | CAD | $ | 80.25 | $ 80.25 | 9/30/2005 | UN |
| 013582Y | 6/21/2005 | 750836425 | CAD | $ | 75.00 | $ 75.00 | 9/30/2005 | UN |
| 013582Y | 6/21/2005 | 750836547 | CAD | $ | 75.00 | $ 75.00 | 9/30/2005 | UN |
| 013582Y | 6/15/2005 | 750839425 | CAD | $ | 80.25 | $ 80.25 | 9/30/2005 | UN |
| 013582Y | 6/15/2005 | 750843996 | CAD | $ | 208.65 | $ 208.65 | 9/30/2005 | UN |
| 013582Y | 5/31/2005 | 750836882 | CAD | $ | 176.55 | $ 176.55 | 9/30/2005 | UN |
| 013582Y | 5/15/2005 | 750822841 | CAD | $ | 144.45 | $ 144.45 | 9/30/2005 | UN |
| 013582Y | 3/31/2005 | 750792737 | CAD | $ | 100.00 | $ 100.00 | 10/20/2006 | U9 |
| 013582Y | 3/15/2005 | 750787594 | CAD | $ | 32.10 | $ 32.10 | 9/30/2005 | UN |
| 013582Y | 2/28/2005 | 750782643 | CAD | $ | 100.00 | $ 100.00 | 9/30/2005 | UN |
| 013582Y | 12/31/2004 | 750742855 | CAD | $ | 100.00 | $ 100.00 | 9/30/2005 | UN |
| 013582Y | 11/30/2004 | 750728359 | CAD | $ | 100.00 | $ 100.00 | 9/30/2005 | UN |

$56,590.59 CAD

EXHIBIT A