CAPEHART & SCATCHARD, P.A.
A Professional Corporation
Laurel Corporate Center, Suite 300
8000 Midlantic Drive - C.S. 5016
Mount Laurel, N.J.  08054
(856) 234-6800
Attorneys for Plaintiff
By:  John K. Fiorilla, Esq.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

CANADIAN NATIONAL RAILWAY
COMPANY                                              :

                                                     :

                     Plaintiff,                      :     CASE NO. 07 CIV. 8226

                                                     :     CIVIL ACTION JUDGE KARAS

            vs.                                      :

                                                     :

VANTIX LOGISTICS, a subsidiary of                    :     DISCLOSURE STATEMENT FORM
McLANE COMPANY, INC. and PEPSI                       :
COLA CANADA BEVERAGES,                               :

                                                     :

                     Defendants.                     :

The nongovernmental corporate party, CANADIAN NATIONAL RAILWAY
COMPANY, in the above listed civil action, does not have any parent corporation and
publicly held corporation that owns 10% or more of its stock.

CAPEHART & SCATCHARD, P.A.
A Professional Corporation
Attorneys for
Canadian National Railway Company

By:_____
            Armando V. Riccio

DATED:       September 10, 2007.

840766
0489-06866