DEC 2007

COURTESY COPY

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CANADIAN NATIONAL RAILWAY COMPANY, a Canadian Corporation | : **FILED ELECTRONICALLY** |
| Plaintiff, | : CASE NO. 07-cv-8226 (KMK) |
| vs. | : CIVIL ACTION |
| VANTIX LOGISTICS, a subsidiary of McLANE COMPANY, INC. and PEPSI COLA CANADA BEVERAGES, | : **STIPULATION EXTENDING TIME TO ANSWER** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval,

by and among the undersigned counsel to the parties in the above-captioned action, that:

Defendants shall answer the Complaint on or before December 21, 2007.

For Plaintiff:
Canadian National Railway Co.:

/s/ Armando V. Riccio
Capehart Scatchard P.A.
8000 Midlantic Drive Suite 300S
Mount Laurel, NJ 08054

For Defendants Vantix Logistics,
A subsidiary of McLane Company, Inc.:

/s/ Ona T. Wang, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

So Ordered:

Kenneth Karas - USDC Judge
12/11/07

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____