

*Karas, J.*

## UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

CANADIAN NATIONAL RAILWAY
COMPANY, a Canadian Corporation

               Plaintiff,

        vs.

VANTIX LOGISTICS, a subsidiary of
McLANE COMPANY, INC. and PEPSI
COLA CANADA BEVERAGES,

               Defendants .

:
:
:
:
:
:
:
:
:
:
:
:

**FILED ELECTRONICALLY**

CASE NO.  07-cv-8226 (KMK)

CIVIL ACTION

**STIPULATION EXTENDING
TIME TO ANSWER**

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval,

by and among the undersigned counsel to the parties in the above-captioned action, that:

Defendants shall answer the Complaint on or before December 21, 2007.

For Plaintiff:
Canadian National Railway Co.:

Capehart Scatchard P.A.
8000 Midlantic Drive Suite 300S
Mount Laurel, NJ 08054

For Defendants Vantix Logistics,
A subsidiary of McLane Company, Inc.:

Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

So Ordered:

Kenneth Karas - USDC Judge

dated . 12/13/07

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____