UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK (WHITE PLAINS)

| | |
|---|---|
| CANADIAN NATIONAL RAILWAY COMPANY, a Canadian Corporation<br><br>Plaintiff,<br><br>vs.<br><br>McLANE FOODSERVICE, INC. dba VANTIX LOGISTICS, and PEPSI COLA CANADA BEVERAGES,<br><br>Defendants. | ECF FILED<br><br>Docket No.: 07-cv-8226 (KMK)<br><br>CIVIL ACTION<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Ona T. Wang of Baker & Hostetler LLP, with offices located at 45 Rockefeller Plaza, New York, New York 10111 hereby appears on behalf of Defendant McLane Foodservice, Inc., dba Vantix Logistics, in the above-captioned litigation.

Dated: December 21, 2007
      New York, New York

                                          Respectfully submitted,

                                          Ona T. Wang (OW-5462)
                                          Essence Liburd (admission pending)
                                          BAKER & HOSTETLER LLP
                                          45 Rockefeller Plaza
                                          New York, New York 10111
                                          (212) 589-4200
                                          (212) 589-4201 (fax)
                                          owang@bakerlaw.com
                                          *Attorneys for McLane Foodservice, Inc.*
                                            *dba Vantix Logistics*