**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK (WHITE PLAINS)**

| | |
|---|---|
| CANADIAN NATIONAL RAILWAY COMPANY,<br><br>             Plaintiff,<br><br>vs.<br><br>McLANE FOODSERVICE INC., dba VANTIX LOGISTICS, and PEPSI COLA CANADA BEVERAGES,<br><br>             Defendants. | **ECF FILED**<br><br>Docket No.: 07-cv-8226 (KMK)<br><br>CIVIL ACTION<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant McLane Foodservice Inc., dba Vantix Logistics, certifies that it is a wholly-owned subsidiary of McLane Company, Inc.

Dated:  December 21, 2007
       New York, New York

                    Ona T. Wang (OW-5462)
                    Essence Liburd (admission pending)
                    BAKER & HOSTETLER LLP
                    45 Rockefeller Plaza
                    New York, New York 10111
                    (212) 589-4200
                    (212) 589-4201 (fax)
                    owang@bakerlaw.com
                    *Attorneys for McLane Foodservice, Inc.*