UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CANADIAN NATIONAL RAILWAY COMPANY,<br><br>                Plaintiff,<br>vs.<br><br>McLANE FOODSERVICE, INC. dba VANTIX LOGISTICS, and PEPSI COLA CANADA BEVERAGES,<br><br>                Defendants | Docket No. 07 Civ. 8226 (KMK)<br><br>**ANSWER** |

Defendant McLane Foodservice Inc., dba Vantix Logistics, ("Vantix") by and through its attorneys, Baker & Hostetler LLP, as and for its Answer to the Complaint (the "Complaint"), dated September 10, 2007, responds as follows:

1. Vantix admits the averments contained in paragraph 1 of the Complaint.

2. Vantix denies knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph 2 of the Complaint.

3. Vantix denies knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph 3 of the Complaint.

4. Vantix admits that it is wholly owned by McLane Company, Inc. and is involved in freight transportation with a corporate headquarters at 2085 Midway Road, Carrollton, Texas 75006. Vantix denies the remainder of the allegations set forth in paragraph 4 of the Complaint.

5. Vantix denies knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph 5 of the Complaint.

6.  Vantix denies the allegations set forth in paragraph 6 of the Complaint.

7.  Vantix denies the allegations set forth in paragraph 7 of the Complaint.

8.  Vantix denies the allegations set forth in paragraph 8 of the Complaint.

9.  Vantix denies the allegations set forth in paragraph 9 of the Complaint.

By: _____
Ona T. Wang (OW-5462)
Essence Liburd (admission pending)
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
(212) 589-4200
(212) 589-4201 (fax)

Dated: December 21, 2007
       New York, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CANADIAN NATIONAL RAILWAY COMPANY,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>McLANE FOODSERVICE, INC. dba VANTIX LOGISTICS, and PEPSI COLA CANADA BEVERAGES,<br><br>　　　　　　Defendants | Docket No. 07 Civ. 8226 (KMK)<br><br>**CERTIFICATE OF SERVICE** |

　　　　I hereby certify that on this 21st day of December, 2007, a copy of the foregoing Answer, Notice of Appearance, and Rule 7.1 Statement was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and by regular U.S. Mail on the following counsel:

　　　　　　　　Armando V. Riccio
　　　　　　　　CAPEHART & SCATCHARD, P.A
　　　　　　　　8000 Midlantic Drive—CS 5016
　　　　　　　　Mount Laurel, NJ 08054

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Theresa Blaber
　　　　　　　　　　　　　　　Paralegal