# UNITED STATES DISTRICT COURT

_____Southern District of New York_____

CANADIAN NATIONAL RAILWAY COMPANY,

        Plaintiff,                                       SUMMONS IN A CIVIL CASE

       V.

VANTIX LOGISTICS, a subsidiary of McLANE         CASE NUMBER:
COMPANY, INC., and PEPSI COLA CANADA
BEVERAGES,

        Defendant                                    **07 CIV. 8226**

                                                               **JUDGE KARAS**

TO:   PEPSI COLA CANADA BEVERAGES
        c/o Al Gordon, Logistics Manager
        100 Stevens Avenue
        Valhalla, New York 10595


       **YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY, Capehart & Scatchard, P.A., a Professional Corporation, 8000 Midlantic Drive, Suite 300, Mt. Laurel, NJ 08054, an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.


                                                                          SEP 2 0 2007

**J. MICHAEL McMAHON**
_____          _____
CLERK                                                                    DATE

(By) DEPUTY CLERK

840665
0489.06866

INDEX #: 07 civ 8226
Date Filed: September 20, 2007
Court Date: _____

**UNITED STATES DISTRICT COURT**
**COUNTY OF NEW YORK**
DISTRICT:

Attorneys: QVXLLC   PH: 609-953-8100
Address: 20 COATES STREET  MEDFORD  NJ  08055   File No.: _____

*CANADIAN NATIONAL RAILWAY COMPANY*

*Plaintiff(s)/Petitioner(s)*

vs

*VANTIX LOGISTICS, ET ANO*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NEW YORK, SS :

**AFFIDAVIT OF SERVICE**

___Robert Crandall___, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State  On ___December 10, 2007___ at ___12:32PM___, at ___C/O AL GORDON, LOGISTICS MGR, , 700 ANDERSON HILL RD, PURCHASE, NY___, deponent served the within ___Summons and Complaint___

on: ___PEPSI COLA CANADA BEVERAGES___, ___Defendant___ therein named.

**#1 INDIVIDUAL** [ ]  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** [X]  By delivering thereat a true copy of each to ___CATHY HENRY___ personally, deponent knew the person so served to be the ___AGENT AUTHORIZED___ of the corporation, and authorized to accept service on behalf of the corporation

**#3 SUITABLE AGE PERSON** [ ]  By delivering a true copy of each to _____ _____ a person of suitable age and discretion
Said premises is recipient's: [ ] actual place of business   [ ] dwelling house (usual place of abode) within the state

**#4 AFFIXING TO DOOR** [ ]  By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business  [ ] dwelling house (place of abode) within the state

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by_____

**#5 MAIL COPY** [ ]  On _____, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York [ ] and Certified Mail #_____

**#6 DESCRIPTION** [X] (use with #1 2 or 3)  A description of the Defendant or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: _Female_   Color of skin: _White_   Color of hair: _Blonde_   Age: _40 - 50 Yrs_   Height: _5' 4" - 5' 8"_
Weight: _161 - 200 Lbs_   Other Features: _____

**#7 WIT. FEES** [ ]  the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient

**#8 MILITARYSRVC** [ ]  Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform

**#9 USE IN NYC CIVIL COURT** [ ]  The language required by NYCRR 2900 2 (e), (f) & (h) was set forth on the fact of said summons (es)

**#10 OTHER** [ ]

Sworn to before me on ___January 2, 2008___

WENDY RESNICK
NOTARY PUBLIC, State of New York
No. 01RE5067464, Westchester County
Commission Expires Oct 15 2010

Robert Crandall
Server's Lic # 0955171
Invoice/Work Order # 07032353

*QVX LLC*