CAPEHART & SCATCHARD, P.A.
A Professional Corporation
Laurel Corporate Center, Suite 300
8000 Midlantic Drive - C.S. 5016
Mount Laurel, N.J. 08054
(856) 234-6800
Attorneys for Plaintiff
By: Armando V. Riccio, Esq. (AR8852)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CANADIAN NATIONAL RAILWAY COMPANY, a Canadian Corporation | : : : | |
| Plaintiff, | : : | **CASE NO. 07 CIV 8226 (KMK/LMS)** |
| vs. | : : | CIVIL ACTION |
| VANTIX LOGISTICS, a subsidiary of McLANE COMPANY, INC. and PEPSI COLA CANADA BEVERAGES, | : : : : | **ORDER ENTERING DEFAULT AGAINST DEFENDANT PEPSI COLA CANADA BEVERAGES** |
| Defendants. | : | |

THIS MATTER having been opened to the Court by Armando V. Riccio, Esq. of the law firm of Capehart & Scatchard, P.A. attorneys for plaintiff for entry of default upon the record of the Court against Defendant Pepsi Cola Canada Beverages and the Court having consider the papers submitted and on record with the Court, and for good cause shown:

IT IS, on this _____ day of _____, 2008 ORDERED that the Clerk shall enter upon the record default against defendant Pepsi Cola Canada Beverages.

_____
Hon. Kenneth M. Karas, U.S.D.J.