# Baker Hostetler

> **MEMO ENDORSED**
>
> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: _____

Baker & Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

April 7, 2008

Essence Liburd
direct dial: 212.589.4252
eliburd@bakerlaw.com

**VIA FACSIMILE AND U.S. MAIL**

Honorable Kenneth M. Karas
United States District Court
300 Quarropas, Chambers 533
White Plains, NY 10601

Re: Canadian National Railway Company v. Vantix Logistics, a subsidiary of McLane Company, Inc. and Pepsi Cola Canada Beverages
Case No. 07-CIV 8226

Dear Judge Karas:

My firm represents the Defendant Vantix Logistics in the above-captioned action. As per my telephone conversation with Chambers, I write to request a short extension of time for Vantix Logistics' Rule 26(a)(1) Disclosures, April 8, 2008 to Friday, April 18, 2008. I have spoken with Plaintiff's counsel, Armando V. Riccio, and he has consented to this extension. This is Defendant's first request for an extension.

Respectfully submitted,

*Essence Liburd*
Essence Liburd (EL-9097)

cc: Armando V. Riccio, Esq.

Granted.

So Ordered.

/s/ KMK
4/8/08

Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC