UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CANADIAN NATIONAL RAILWAY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>McLANE FOODSERVICE, INC. dba VANTIX LOGISTICS, and PEPSI COLA CANADA BEVERAGES,<br><br>Defendants | Docket No. 07 Civ. 8226 (KMK)<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on this 18th day of April, 2008, a copy of the foregoing Defendant's Rule 26 (a) (1) Disclosures was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and by regular U.S. Mail on the following counsel:

>Armando V. Riccio, Esq.
>Capehart Scatchard
>8000 Midlantic Drive Suite 300
>Mount Laurel, NJ 08054

_____
Theresa Blaber
Paralegal

1