USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

# Baker Hostetler

**MEMO ENDORSED**

Baker & Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

June 9, 2008

Ona T. Wang
direct dial: 212.589.4254
owang@bakerlaw.com

**VIA FEDERAL EXPRESS**

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   Canadian National Railway Co. v. Vantix Logistics and Pepsi Cola Canada Beverages
      Docket No. 7-07-cv-08226

Dear Judge Karas:

We represent Defendant Vantix Logistics ("Vantix") and respectfully request an adjournment of the Rule 16 Conference currently scheduled for this Friday, June 13, 2008 at 2:30pm. The action is not fully joined and it appears from the docket that there is a pending default motion against Defendant Pepsi Cola Canada Beverages. Further, Plaintiff's counsel indicated during our telephone conference this afternoon that they are considering amending the pleadings to join additional defendants. Vantix does not object to Plaintiff's joinder of additional defendants and takes no position on the default motion.

Plaintiff has not consented to this request for an adjournment, but has indicated that they would be amenable to a telephone conference.

We are available by telephone to discuss any of the above with the Your Honor at the Court's convenience.

Sincerely,

Ona T. Wang
Ona T. Wang

*The Court will hold a telephone conference at the appointed time.*

SO ORDERED.

KENNETH M. KARAS U.S.D.J.

6/11/08