CAPEHART & SCATCHARD, P.A.
A Professional Corporation
Laurel Corporate Center, Suite 300
8000 Midlantic Drive - C.S. 5016
Mount Laurel, N.J.  08054
(856) 234-6800
Attorneys for Plaintiff
By:  John K. Fiorilla, Esq.


UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

| | | |
|---|---|---|
| CANADIAN NATIONAL RAILWAY COMPANY | : | |
| | : | |
| Plaintiff, | : | CASE NO. |
| | : | |
| vs. | : | CIVIL ACTION |
| | : | |
| VANTIX LOGISTICS, a subsidiary of McLANE COMPANY, INC. and PEPSI COLA CANADA BEVERAGES, | : | **DISCLOSURE STATEMENT FORM** |
| | : | |
| Defendants. | : | |

The nongovernmental corporate party, CANADIAN NATIONAL RAILWAY COMPANY, in the above listed civil action, does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.


                           CAPEHART & SCATCHARD, P.A.
                           A Professional Corporation
                           Attorneys for
                           Canadian National Railway Company



                           By:  /s/ Armando V. Riccio


DATED:      September 10, 2007.


840766
0489-06866