UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CANADIAN NATIONAL RAILWAY
COMPANY,

            Plaintiff,

  - against -

VANTIX LOGISTICS and PEPSI COLA
CANADA BEVERAGES,

            Defendants.

07 Civ 8226 (KMK)

**STIPULATION AND ORDER
OF DISCONTINUANCE**

---

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed that this action is discontinued with prejudice only as to Defendant Vantix Logistics, but with each party to pay its own costs and attorneys' fees.

Defendant Pepsi Cola Canada Beverages has not appeared in the action

Dated: _____, New Jersey
      June 1_, 2008

            CAPEHART & SCATCHARD, P.A.

            By: _____
               Armando V. Riccio (AR-____)
               8000 Midlantic Drive, Suite 300
               Mt. Laurel, NJ 08054
               Telephone: (856) 234-6800
               Telefax: (856) 235-2786
               Email: ariccio@capehart.com
               Attorneys for Plaintiff

Dated: New York, New York
       June /6, 2008

                                  BAKER & HOSTETLER LLP

                                  By: _____
                                       Ona T. Wang (OW-5462)
                                       Melissa M. Carvalho (MC-6396)
                                       Essence Liburd (EL-9097)
                                       45 Rockefeller Plaza
                                       New York, New York 10111
                                       Telephone: (212) 589-4200
                                       Telefax: (212) 589-4201
                                       Email: owang@bakerlaw.com
                                       Attorneys for Defendant Vantix Logistics

SO ORDERED:

_____
Kenneth M. Karas, U.S.D.J.

_____
    Date