```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CANADIAN NATIONAL RAILWAY
COMPANY,

            Plaintiff,

- against -

VANTIX LOGISTICS and PEPSI COLA
CANADA BEVERAGES,

            Defendants.

07 Civ 8226 (KMK)

**STIPULATION AND ORDER
OF DISCONTINUANCE**

---

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed that this action is discontinued with prejudice only as to Defendant Vantix Logistics, but with each party to pay its own costs and attorneys' fees

Defendant Pepsi Cola Canada Beverages has not appeared in the action

Dated: _____, New Jersey
       June 18, 2008

CAPEHART & SCATCHARD, P.A.

By: _____
Armando V. Riccio (AR-8858)
8000 Midlantic Drive, Suite 300
Mt Laurel, NJ 08054
Telephone: (856) 234-6800
Telefax: (856) 235-2786
Email: ariccio@capehart.com
Attorneys for Plaintiff

Dated: New York, New York
June 16, 2008

                        BAKER & HOSTETLER LLP

                        By: _____
                             Ona T. Wang (OW-5462)
                             Melissa M. Carvalho (MC-6396)
                             Essence Liburd (EL-9097)
                             45 Rockefeller Plaza
                             New York, New York 10111
                             Telephone: (212) 589-4200
                             Telefax: (212) 589-4201
                             Email: owang@bakerlaw.com
                             Attorneys for Defendant Vantix Logistics

SO ORDERED:

_____
Kenneth M. Karas, U.S.D.J.

6/24/08
Date