UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

CANADIAN NATIONAL RAILWAY
COMPANY,

                Plaintiff,

    - against -

VANTIX LOGISTICS and PEPSI COLA
CANADA BEVERAGES,

                Defendants.
_____

07 Civ. 8226 (KMK)

NOTICE
OF DISMISSAL WITHOUT
PREJUDICE

    Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntary dismisses the above captioned action against Defendant Pepsi Cola Canada Beverages without prejudice.

    Defendant Pepsi Cola Canada Beverages has not appeared in the action.

Dated: New York, New York

June 27, 2008

                CAPEHART &SCATCHARD, P.A.

                By: /s/ Armando V. Riccio
                    Armando V. Riccio (AR-8852)
                    8000 Midlantic Drive, Suite 300-S
                    Mt. Laurel, NY 08054
                    Telephone: (856) 234-6800
                    Telefax: (856) 235-2786