```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CANADIAN NATIONAL RAILWAY
COMPANY,

                Plaintiff,

    - against -

VANTIX LOGISTICS and PEPSI COLA
CANADA BEVERAGES,

                Defendants.

07 Civ. 8226 (KMK)

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

---

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntary dismisses the above captioned action against Defendant Pepsi Cola Canada Beverages without prejudice.

Defendant Pepsi Cola Canada Beverages has not appeared in the action.

Dated: New York, New York

June 27, 2008

                        CAPEHART &SCATCHARD, P.A.

                        By: /s/ Armando V. Riccio
                            Armando V. Riccio (AR-8852)
                            8000 Midlantic Drive, Suite 300-S
                            Mt. Laurel, NY 08054
                            Telephone: (856) 234-6800
                            Telefax: (856) 235-2786

SO ORDERED

/s/ Kenneth M. Karas
KENNETH M. KARAS U.S.D.J.
7/1/08